UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMILIO ROA | CIVIL ACTION |
| VERSUS | NO. 23-1786 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "H"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Romilio Roa's complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

New Orleans, Louisiana, this 14th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE